UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In re: ) Bankruptcy No. #05-46201-SBB
)
John R Kennedy Debtor(s). )
) Adversary No. _____
)
)
)
Movant(s)/Plaintiff(s), )
vs. )
)
)
)
Respondent(s)/Defendant(s). )

### Notice of Change of Address/Entry of Appearance

Please check one box below that applies to you:

☐ Debtor(s)                    ☐ Attorney for Debtor(s)

☐ Creditor(s)                  ☐ Attorney for Creditor(s)

☐ Entry of Appearance by Attorney

__John Robert Kennedy II__
(Enter Your Name and, if applicable, the Name of the Creditor or Business You Represent)

__931 Granite crt__
(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

__10577 Butte Dr Longmont co 80504__
(New Street, Rural Route, or Post Office Box)

__Longmont co 80504__
(New City, State, and Zip Code)

__No #__
(New Telephone Number)

Dated: __12-5-05__   __[signature]__
(Signature)

_____
(Signature of Spouse, if applicable)

(Attorneys are required to be duly qualified and admitted to practice before this Court.)

Please complete this form in duplicate and mail or deliver: Clerk, U. S. Bankruptcy Court, 721 19th Street, Room 116, Denver, CO 80202-2508.